# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA                                      NO. 2022 KW 0986

VERSUS

JOE  WASHINGTON                                **SEPTEMBER 16, 2022**

---

In Re:    State of Louisiana, applying for supervisory writs,
          19th Judicial District Court, Parish of East Baton
          Rouge, No. 03-11-0290.

---

**BEFORE:   THERIOT, CHUTZ, AND HESTER, JJ.**

**WRIT DENIED. STAY GRANTED.**   The September 22, 2022 evidentiary hearing is stayed pending finality of the district court's August 17, 2022 judgment overruling the state's procedural objections. See La. Code Crim. P. art. 927(A) ("If procedural objections are timely filed, no answer on the merits of the claim may be ordered until such objections have been considered and rulings thereon have become final.").

**MRT**
**WRC**
**CHH**

COURT OF APPEAL, FIRST CIRCUIT

_____
        DEPUTY CLERK OF COURT
           FOR THE COURT